**STATE of Missouri, Respondent,**

v.

**Brian J. SHELLEY, Appellant.**

**No. ED 80108.**

Missouri Court of Appeals,
Eastern District,
Northern Division.

Jan. 8, 2002.

---

1. Unless otherwise noted, all statutory references are to RSMo 2000.

William Y. Frick, Kirksville, MO, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Anne E. Edgington, Asst. Atty. Gen., Jefferson City, MO, for respondent.

Before JAMES R. DOWD, C.J., CLIFFORD H. AHRENS, J., and MARY R. RUSSELL, J.

### ORDER

PER CURIAM.

Brian J. Shelley ("Defendant") appeals from the judgment entered on a jury verdict finding him guilty of involuntary manslaughter in violation of section 565.024 RSMo 2000. Defendant was sentenced to three years in prison and was fined $2,500. He contends that the language of MAI–CR 3d 313.14 is unconstitutionally vague.

No error of law appears. An opinion reciting the detailed facts and restating the principles of law would have no precedential value. The parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

We affirm the judgment pursuant to Rule 30.25(b).